| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:10-CV-375 |
| | § | |
| 3148 WOODLAWN DRIVE, | § | |
| GROVES, TEXAS, JEFFERSON COUNTY, | § | |
| INCLUDING ALL BUILDINGS, | § | |
| APPURTENANCES, AND | § | |
| IMPROVEMENTS THEREON, and | § | |
| 2005 LEXUS ES 300 | § | |
| VIN: JTHBF30G025006598 WITH ALL | § | |
| ACCESSORIES AND MODIFICATIONS | § | |
| THERETO, | § | |
| Defendants. | § | |

**MEMORANDUM ORDER**

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. Judge Giblin issued a report and recommendation on the United States' motion for summary judgment. He recommended that the Court grant the motion and enter a judgment of forfeiture in favor of the United States. No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Court ORDERS that the report and recommendation (#22) is ADOPTED and the motion for summary judgment (#20) is GRANTED. The Court will enter final judgment separately.

SIGNED at Sherman, Texas, this 21st day of March, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE